MARIA ESPINDA AKANA v. WILLIAM K. ESPINDA.

No. 2142.

SUBMITTED FEBRURAY 18, 1935.          DECIDED FEBRUARY 18, 1935.

Per Curiam. The record in this case discloses that there was a money judgment against the defendant, the plaintiff in error, in the court below, that the same is un-

satisfied and that no bond for the payment of the judgment was filed with the clerk of this court prior to or at the time of the issuance of the writ of error by the clerk. Under the authority of *W. Au Hoy* v. *Ching Mun Shee, ante* p. 240, this court is without jurisdiction and the writ of error is therefore dismissed.

*C. B. Dwight* for plaintiff in error,

*J. S. Ferry* for defendant in error.